UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL-JOHN FREDERICK MAIER,

Plaintiff,

v.

DEAN MASON,

Defendant.

CASE NO. 3:26-CV-6167-RSL-DWC

ORDER TO RESEND DOCUMENTS AND EXTEND DEADLINE

Plaintiff is housed Stafford Creek Corrections Center ("SCCC"). The Court recognizes the SCCC did not deliver copies of the Court's orders Plaintiff from approximately September 18, 2026 through October 8, 2026. During that time, the Clerk's Office notified Plaintiff of deficiencies to his application to proceed *in forma pauperis* (IFP). Dkt. 3. Plaintiff has until November 6, 2026 to correct his IFP application. Failure to do so will result in the undersigned recommending this case be dismissed. The Clerk's Office is also directed to resend all documents filed in this case from September 15, 2026 through October 9, 2026.

Dated this 13th day of October, 2026.

David W. Christel
United States Magistrate Judge